FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAR 22  P 1:05

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JAMES RAY AUSTIN | CIVIL ACTION |
| VERSUS | NO. 05-2690 |
| ST. TAMMANY PARISH SHERIFF'S OFFICE ET AL. | SECTION "K" (2) |

### ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's claims against Target, Inc. and his claims of inadequate medical care and unconstitutional conditions of confinement are **DISMISSED WITH PREJUDICE** as legally frivolous and/or for failure to state a claim under 28 U.S.C. § 1915(e)(2).

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No._____

**IT IS FURTHER ORDERED** that the court conduct further proceedings as to plaintiff's claims against defendant Deputy Chauvin that plaintiff was subjected to excessive force during his arrest.

New Orleans, Louisiana, this 21st day of March, 2006.

_____
UNITED STATES DISTRICT JUDGE