UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JAMES RAY AUSTIN | CIVIL ACTION |
| VERSUS | NO: 05-2690 |
| ST. TAMMANY PARISH SHERIFF'S OFFICE, ET AL | SECTION: "K"(2) |

## ORDER VACATING MAGISTRATE REFERRAL

The Court having been informed that the parties do not consent to proceed before the Magistrate Judge pursuant to 28 U.S.C. 636(c), doc. 42 in the record.

Accordingly, the referral issued in this matter is rescinded, vacated and set aside. All further proceedings will be held before the District Court Judge.

New Orleans, Louisiana this ___30th___ day of March, 2006.

_____
STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE

____Fee_____
____Process_____
____Docket_____
____CtRm Dep_____
____Document No._____